THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Department of Social Services, Respondent,
 v.
 Anita Marie Barbour, A/K/A Anita Marie Anderson Cavaliere Weber Barbour, Lee M. Barbour, A/K/A Leroy M. Barbour, Kenneth Weber and John Doe, Defendants,
 
 In the Interest of:  Tabitha Barbour, DOB 03/13/94, Aurumgale Weber, DOB, 02/15/91, Aurora Weber, DOB, 12/29/88,  Rayna Weber, DOB 08/19/87, Minors Under Age 18,
 
 Of whom Anita Marie Barbour, A/K/A Anita Marie Anderson Cavaliere Weber Barbour is Appellant.
 
 
 

Appeal From Anderson County
James F. Fraley, Jr., Family Court Judge
Unpublished Opinion No. 2007-UP-180
Submitted April 2, 2007 -  Filed April 18, 2007

AFFIRMED

 
 
 
 Daniel L. Draisen, of Anderson, for Appellant.
 Dottie C. Ingram, of Anderson, for Respondent.
 
 
 

PER CURIAM:  This appeal arises from the termination of parental rights of Anita Barbour.  The family court found her parental rights should be terminated on four grounds:  1) failure to remedy the conditions which led to removal; 2) willful failure to visit; 3) willful failure to provide support; and 4) the children have been in DSS custody for fifteen of twenty-two months.  Additionally, the family court found termination was in the best interest of the children.  See S.C. Code Ann. § 20-7-1572 (Supp. 2006).
After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.[1]
AFFIRMED.
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.